# AFFIDAVIT IN SUPPORT OF
# APPLICATION FOR SEARCH WARRANT

## I.   INTRODUCTION AND AGENT BACKGROUND

Affiant, Kevin W. Damuth, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), being duly sworn, hereby depose and state as follows:

Affiant has been employed as a Special Agent with the Federal Bureau of Investigation (FBI) since January 17, 1999 and currently serves in Helena, Montana. As a Special Agent, Affiant has participated in the investigation of a number of Federal offenses, including those identified in Title 18, U.S.C. §§ 2251, 2252 and 2252A, et seq., dealing with offenses related to child pornography. Since December 2004, Affiant has been involved in numerous investigations involving the sexual exploitation of children. Affiant has received specialized training in that area and has also collaborated with other agents/experts who are highly trained in the field of child pornography investigations and investigative techniques. As part of his duties, Affiant investigates criminal violations relating to the exploitation of children including violations pertaining to the advertisement and distribution of child pornography in violation of the United States Code. Affiant has gained experience though training and everyday work relating to these types of investigations. Specifically, Affiant is required to distinguish between images that depict child pornography and child erotica (non-child pornography). As the case agent in FBI investigations, Affiant has applied for federal search warrants and participated in the execution of those warrants.

As a federal agent, Affiant is authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

The statements in this affidavit are based on Affiant's personal observations, training and experience, investigation of this matter, and information obtained from other agents and witnesses. Because this affidavit is being submitted for the limited purpose of securing a search warrant, Affiant has not included each and every fact known to him concerning this investigation. Affiant has set forth the facts that he believes are necessary to establish probable cause to believe that evidence, fruits, and instrumentalities of violations of Title 18, U.S.C. § 2251(d), which makes it a crime to advertise child pornography; 18 U.S.C. § 2252A(a)(2), which makes it a crime to receive and/or distribute child pornography; 18 U.S.C. § 2252A(a)(5)(B), which makes it a crime to possess or knowingly access with intent to view child pornography; and/or 18 U.S.C. § 2252A(g) which makes it a crime to engage in a child exploitation enterprise involving one or more of the above statutes are present in the information associated with the Google, Yahoo and Lycos accounts discussed below.

Affiant makes this affidavit in support of applications for search warrants for content and records associated with the Google e-mail accounts monkmalchus@gmail.com and jennluv2@googlemail.com, which are stored at premises owned, maintained, controlled, or operated by Google, Inc., an Internet company located at 1600 Amphitheatre Parkway, Mountain View, California 94043, the Yahoo! email accounts marlowesdames@yahoo.com, eiknarfy@yahoo.com, bn42j@yahoo.com, kirkt02@yahoo.com and sigurdhh@yahoo.com, which are stored at premises owned, maintained, controlled, or operated by Yahoo! Inc., 701 First Avenue, Sunnyvale, California 94089, and the email account fufuberry000@lycos.com which is stored at premises owned, maintained, controlled or operated by Lycos, Inc., 52 2nd

Avenue, Waltham, Massachusetts 02451 .  The information and accounts to be searched are

described in the following paragraphs and in separate Attachments A and B (separate attachment

prepared for each account).  This affidavit is made in support of an application for a search

warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Google, Inc.

and/or Yahoo!, and/or Lycos, Inc. to disclose to the government records and other information in

its possession pertaining to the subscriber or customer associated with the accounts referenced in

this affidavit and further in Attachment A, including the contents of the communications.

Affiant has probable cause to believe that evidence of violations of 18 U.S.C. § 2251(d),

18 U.S.C. § 2252A(a)(2), 18 U.S.C. § 2252A(a)(5)(B), and/or 18 U.S.C. § 2252A(g) are present,

involving the use of a computer in or affecting interstate commerce to advertise, distribute,

possess, access with intent to view child pornography, and/or engage in a child exploitation

enterprise involving one or more of the above statutes is located in and within the

aforementioned accounts described herein.  Additionally, Affiant has probable cause to believe

that the accounts that are the subject of the instant application will have stored information and

communications that are relevant to this investigation, to include evidence of the identity of the

person maintaining and controlling the above email accounts used to advertise, distribute, or

access with intent to view child pornography, and/or engage in a child exploitation enterprise

involving one or more of the above statutes.  As outlined below, and based on Affiant's training

and experience, there is probable cause to believe that evidence, fruits and/or instrumentalities of

the aforementioned crimes are located in these accounts.

/ / / /

/ / / /

## II. PERTINENT CRIMINAL STATUTES

This investigation concerns alleged violations of 18 U.S.C. §§ 2251(d) and 18 U.S.C. §2252A, relating to material involving the sexual exploitation of minors.  Namely:

a.  18 U.S.C. § 2251(d)(1) prohibits a person, who knows or has reason to know that the notice or advertisement will be transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means including by computer or that the notice is transported in or affecting interstate or foreign commerce including by computer, from knowingly making, printing, or publishing, or causing to be made, printed, or published, any notice or advertisement seeking or offering  to receive, exchange, buy, produce, display, distribute, or reproduce, any visual depiction, if the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

b.  18 U.S.C. § 2252A(a)(2) prohibits a person from knowingly receiving or distributing any child pornography that has been mailed or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

c.  18 U.S.C. § 2252A(a)(5)(B) prohibits a person from knowingly possessing or knowingly accessing with intent to view any book, magazine, periodical, film, videotape, computer disk, or other material that contains an image of child pornography that has been mailed, or shipped or transported using any means or

facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means including by computer or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

d. 18 U.S.C. § 2252A(g) prohibits a person from violating section 1591, section 1201 if the victim is a minor, or chapter 109A (involving a minor victim), 110 (except for sections 2257 and 2257A), or 117 (involving a minor victim), as a part of a series of felony violations constituting three or more separate incidents and involving more than one victim, when the crime is committed in concert with three or more other persons.

## III. DEFINITIONS

The following non-exhaustive list of definitions applies to this Affidavit and Attachments A and B to this Affidavit:

a. "Child Pornography" means the definition in 18 U.S.C. § 2256(8).

b. "Visual depictions" means the definition in 18 U.S.C. § 2256(5).

c. "Minor" or "child" means any person under the age of eighteen years.

d. "Sexually explicit conduct" means actual or simulated (i) sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between persons of the same or opposite sex; (ii) bestiality; (iii) masturbation; (iv) sadistic or masochistic abuse; or (v) lascivious exhibition of the genitals or pubic area of any person. *See* 18 U.S.C. § 2256(2).

5

e.  "Computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, smart phones, mobile phones, tablets, server computers, and network hardware.

f.  "Internet Protocol address" or "IP address", as used herein, is defined as a numeric address of a machine in the format used on the Internet.  The IP address is a unique number consisting of four blocks of numbers as in 123.456.789.001, for example.

g.  A "Preservation Letter" is a letter governmental entities may issue to Internet providers pursuant to 18 U.S.C. § 2703(f) to ensure that the Internet Providers preserve records in its possession.  The preservation of such records is necessary given the dynamic nature of digital records that may be deleted.

h.  Uniform Resource Locator (URL), as used herein, specify addresses on the World Wide Web (WWW).  For instance, the URL for the FBI's homepage is http://www.fbi.gov/.

## IV. CHILD PORNOGRAPHY, COMPUTERS AND THE ONLINE EXPLOITATION OF CHILDREN

Based upon Affiant's knowledge, training, and experience in child exploitation and child pornography investigations, and the experience and training of other law enforcement officers with whom Affiant has had discussions, Affiant is aware of the following:

a.  Individuals involved in the sexual exploitation of children often possess and maintain for many years records, documents and material which depict child

6

pornography. They may receive sexual gratification from viewing children engaged in sexual activity or in sexually suggestive poses.

b.   Computers and computer technology have revolutionized the way in which child pornography is produced, distributed, stored and communicated as a commodity and a further tool of online child exploitation.

c.   Child pornography is not readily available in retail establishments in the United States because it is illegal. Accordingly, individuals who wish to obtain child pornography often do so by ordering it from abroad or by discreet contact with other individuals who share their interests and have it available. The use of computers to traffic in, trade or collect child pornography has become one of the preferred methods of obtaining these materials. An individual familiar with a computer can use it in some private location to interact with another individual or a business offering such material. The use of the computer offers individuals interested in obtaining child pornography a sense of anonymity, privacy and secrecy not available elsewhere, as well as the added benefit of speedy transmissions and communications.

d.   One of the most efficacious ways to expand a collection of child pornography is to offer another collector, via a trade over the Internet through email or online boards, images the trading partner does not already possess. Accordingly, it may be necessary to keep a great number of images in storage so as to have adequate material to allow participation in this informal barter system. Thus, collectors involved in sending or receiving child pornography often retain such images for

7

long periods of time. This tendency is enhanced by the increased sense of security that a computer and peripherals such as on-line storage provide. In addition to the emotional value the images have to the collector, child pornography images are intrinsically valuable to trade and/or sell and are therefore rarely destroyed or deleted by a collector. Individuals may also visit free or pay web sites, and repeatedly view child pornography images and movies that need not be saved or downloaded to their computer. Individuals who procure child pornography often keep such material in their residence or other secure locations accessible by a click on a computer mouse (such as an online bulletin board or email account) to ensure convenient and ready access.

## v. TECHNICAL INFORMATION REGARDING EMAIL PROVIDERS

Based on Affiant's training, research and experience, he has learned that companies such as Google, Yahoo, and Lycos provide a variety of services, including electronic mail ("e-mail") access to the general public. Such providers allow subscribers to obtain e-mail accounts with various domain names such as "gmail.com" or "googlemail.com" if using Google, "yahoo.com" if using Yahoo, and "lycos.com" if using Lycos. Subscribers obtain an account by registering with the respective email provider. During the registration process, an email provider may ask the subscriber to provide basic personal information.

Generally, an e-mail that is sent to an email subscriber is stored in the subscriber's "inbox" on the email provider's servers until the subscriber deletes the e-mail. If the subscriber does not delete the message, the message can remain on the servers indefinitely. The user can move and store messages in personal folders such as a "sent folder." In recent years, email

8

providers have provided their users with larger storage capabilities associated with the user's e-mail account.  Based on conversations with other law enforcement officers with experience in executing and reviewing search warrants of e-mail accounts, Affiant has learned that search warrants for e-mail accounts and computer systems have revealed stored e-mails sent and/or received many years prior to the date of the search.

When the subscriber sends an e-mail, it is initiated at the user's computer, transferred via the Internet to the email provider's servers, and then transmitted to its end destination.  Email providers often save a copy of the e-mail sent.  Unless the sender of the e-mail specifically deletes the e-mail from the email provider's server, the e-mail can remain on the system indefinitely.

A sent or received e-mail typically includes the content of the message, source and destination addresses, the date and time at which the e-mail was sent, and the size and length of the e-mail.  If an e-mail user writes a draft message but does not send it, that message may also be saved by the email provider but may not include all of these categories of data.

Typically, subscribers can also store files, including e-mails, address books, contact or buddy lists, calendar data, pictures, and other files on servers maintained and/or owned by the email providers.  Subscribers might not store on their home computers copies of the e-mails stored in the email provider account.  This is sometimes true when they access their accounts through the web, or if they do not wish to maintain particular e-mails or files in their residence.  In essence, a subscriber's e-mail box has become a common online data storage location for many users.  This is particularly true when they access their account through the web, or if they do not wish to maintain particular e-mails or files in their residence.  In Affiant's training and

experience, users who collect child pornography often receive and distribute child pornography through their email accounts.

In general, e-mail providers ask each of their subscribers to provide certain personal identifying information when registering for an e-mail account. This information could include the subscriber's full name, physical address, telephone numbers and other identifiers, such as alternative e-mail addresses, and, for paying subscribers, means and source of payment (including any credit or bank account number).

E-mail providers typically retain certain transaction information about the creation and use of each account on their systems. This information can include the date on which the account was created, the length of service, records of log-in (i.e., session) times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via the email providers website), and other log files that reflect usage of the account. In addition, e-mail providers often have records of the IP address used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the e-mail account.

In some cases, e-mail account users will communicate directly with an e-mail service provider about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users. E-mail providers typically retain records about such communications, including records of contacts between the user and the providers support

10

services, as well as records of any actions taken by the provider or user as a result of the communications.

In Affiant's training and experience, e-mail users often use e-mail accounts for everyday transactions because it is fast, low cost, and simple to use. People use e-mail to communicate with friends and family, manage accounts, pay bills, and conduct other online business. E-mail users often keep records of these transactions in their e-mail accounts, to include identifying information such as name and address.

In Affiant's training and experience, evidence of who was using an e-mail account is often found in address books, contact or buddy lists, e-mail in the account, and attachments to e-mails, including pictures and files.

## VI. DETAILS OF THE INVESTIGATION

Based on Affiant's knowledge and experience and on information received from other individuals and other law enforcement officers as set forth below, he has learned the following:

During March 2012, law enforcement executed a search warrant at the residence of Paul Wencewicz in Polson, Montana. During the search, law enforcement spoke with Wencewicz. In summary, Wencewicz advised he was the creator of an online bulletin board known as Kingdom of Future Dreams (KOFD). As the creator, Wencewicz had full administrative rights. Wencewicz advised he created KOFD to allow members to share in their common interests which included exchanging files containing both child pornography and non-child pornography images (child erotica or child modeling images). Wencewicz acknowledged he understood child pornography to depict a child engaged in sexually explicit conduct which included the lascivious display of their genitalia. Wencewicz advised there were around 35 to 45 registered members of

11

KOFD and approximately 80 percent of those members utilized the site to share child pornography. KOFD was very active shortly after its creation but had died down significantly.

Wencewicz advised that each KOFD member was associated with a particular group which included moderators and administrators. In essence, each group was permitted to access certain areas or rooms of the bulletin board. The upper rooms on the bulletin board typically contained the child pornography. Members who sought child pornography on KOFD obtained it via images posted directly in one of the rooms or by accessing a hyperlink which would direct the member to a file host. The child pornography was typically identified by age preferences such as 16 and over, 12 to 15, and 11 and under. Upon accessing the file host, the member could select and download a particular series of images some of which would contain child pornography.

During the interview, Wencewicz provided law enforcement consent to take over several of his online accounts which included the bulletin board ("BB") KOFD.

### Kingdom of Future Dreams (kofd.ucoz.com)

On or about March 14, 2012, an FBI employee acting in an undercover capacity accessed the web based bulletin board known as "Kingdom of Future Dreams" (kofd.ucoz.com) through the use of existing member account "meangl". Prior to use of the "meangl" log-in information, none of the bulletin board was observable to the general public. After log-in, the FBI agent was able to access a list of six (6) forums and 21 sub-forums based on a membership level identified as "Castle Dweller". At the bottom of the page, an information line titled "Forum Statistics" showed that the bulletin board itself consisted of 44 active members, 3,956 threads, and 24,031 replies/posts. A review of the current members of the bulletin board as visible by the "meangl"

account showed that account registrations started on November 6, 2009, with the latest

registration occurring on January 8, 2012. Additional information viewable with the "meangl"

account included date of last login, member screen names/nick names, avatars, member group

(membership level), and number of posts/messages. A review of membership levels showed

three (3) current "Administrators" (Dreamer, JennLuv, Legion), two (2) "Moderators" (father48,

GrouchoMarxist), four (4) "Legionaires" (BellaFan, Cougar, diopter22, jimdino), eight (8)

suspended (Beard, Diagonal, erto, Grizzly, JJ, kickfan, LiasMan, mopar546), and the remainder

being either "Castle Resident" or "Castle Dweller" status.

A sub-forum titled "The Rules" contained information, including but not limited to,

membership levels/groups and advancement (posted by member "Dreamer"); rules and

regulations which defined acceptable behavior while posting to board, allowable material, and

posting rules (posted by member "JennLuv").

Subsequent to the above referenced interview of Wencewicz, identified as

kofd.ucoz.com member and administrator "Dreamer," an FBI employee acting in an undercover

capacity again accessed the web based bulletin board "Kingdom of Future Dreams"

(kofd.ucoz.com) through the use of Wencewicz' existing member account "Dreamer." After

log-in, the FBI agent was able to access a list of eight (8) forums and 28 sub-forums based on a

membership level identified as "Administrator". At the bottom of the page, an information line

titled "Forum Statistics" showed that the bulletin board itself consisted of 44 active members,

3,956 threads, and 24,031 replies/posts. A review of the current members of the bulletin board

revealed the e-mail addresses associated with each account in addition to the same information

previously seen while using the "meangl" account. A review of individual member profiles with

13

the "Dreamer" account also showed the e-mail address and registration IP address for each account.

A copy of the files containing the kofd.ucoz.com bulletin board was obtained and reviewed. Information contained in these files included the complete profile information of individual members (including members' email addresses registered with the board), bulletin board structure, complete information related to each post to include IP address, date/time/time zone, files embedded within the bulletin board, to include various avatars, text icons, signature images, and images embedded into posts. Additionally, links to external third party data hosting sites were located within the individual posts and downloaded where possible in order to review the images discussed in the individual threads.

Based on Affiant's training, experience, and information obtained from other law enforcement agents, it is known that online accounts for bulletin boards typically have a default email address associated with it wherein the default email account receives notifications of private messages on the bulletin board and/or email communications between bulletin board members. The email accounts listed in the members' profile pages and described herein appear to be the default email accounts associated with the above noted KOFD BB Member accounts.

Affiant is aware of a search warrant executed on KOFD Member 1's (Paul Wencewicz') registered email account of savascaper@gmail.com. This account contained notifications of private messages contained on the KOFD BB for Wencewicz to view. The savascaper@gmail.com account also contained child pornography received from and sent to other email accounts as well as communications between savascaper@gmail.com and other email accounts registered to KOFD members including but not limited to

14

monkmalchus@gmail.com (Member 9), fufuberry000@lycos.com (Member 22) and jennluv2@googlemail.com (Member 2).

The following summarizes the content and postings made on KOFD by eight bulletin board members and the corresponding email addresses for each member:

## 1. Member 10

Member 10, also identified as diopter22, became a member of KOFD on 11/09/2009. The email address in Member 10's profile page is1cerulean34@nyms.net. Member 10 last logged into KOFD on 03/17/2012. During the above time frame, Member 10 was involved in communicating with other KOFD members. These communications involved over 1,000 threads and 4,500 posts. The following is the content relative to some of the threads Member 10 was involved in:

On 08/18/2010, Member 10 started thread 2796 with post 17980 which stated, "No theme, just a lot of pictures that show way too much to be in the lower areas". There were four other members who made posts in connection with this thread. Attached to post 17980 were 7 URLs one of which was the URL: *http://rapidshare.com/files/413719756/misc_6.rar.html*. During May 2012, the FBI was able to access this URL. Review of the file at this URL revealed 180 pictures mostly of female children in various stages of undress. The following are examples of the pictures contained within the above Rapidshare file:

The picture file identified as "87db273.jpg" contained an image of a naked prepubescent female sitting on the edge of a tub with her left leg resting on the edge of the tub exposing her genitalia.

The picture file identified as "1179980677285.jpg" contained an image of a prepubescent female lying on her back. The child is wearing a blue colored t-shirt with a pacifier in her mouth. She has her legs spread exposing her naked genitalia.

The picture identified as "1273 (25).jpg" contained an image of a prepubescent female sitting in a chair wearing only socks. The child is resting her legs on each arm of the chair exposing her naked genitalia.

Based on Affiant's experience and training, he believes the images described above depict child pornography.

On 08/09/2010, Member 10 started thread 2751 with post 17609 which stated, "This little honey is the definition of cute." There were two other members who made posts in connection with this thread. Attached to post 17609 were seven URLs one of which was the URL of *http://rapidshare.com/files/411968253/Fa-a.rar.html*. During May 2012, the FBI was able to access this URL. Review of the file at this URL revealed over 100 pictures of what appear to be the same prepubescent female child in various stages of undress in an outdoor setting. The following are some examples of the pictures contained within the above Rapidshare file:

The picture file identified as "Fab00.jpg" identifies the child as 10 year old Fabiana. Based on the viewing agents' experience, training, and overall knowledge of children, that age description appears to be accurate.

The picture file identified as "Fab28.jpg" contained an image depicting a close up view of what appears to be female child's naked genitalia. The child depicted appears to be the same child as described above: 10 year old Fabiana.

The picture file identified as "Fab24.jpg" contains an image which depicts what appears to be the same child identified as Fabiana sitting naked on a multicolored towel, in a wooded setting, with her legs tucked underneath her. The child is leaning back on her arms exposing her genitalia.

Based on Affiant's experience and training, he believes the images described above depict child pornography.

On 01/28/2010, Member 10 started thread 1229 with post 6698 which stated, "The age range is a bit wider in this one. There be some wee ones here." There was one other member

16

who made a post in connection with this thread.  Attached to post 6698 were five URLs one of

which was the URL of *http://rapidshare.com/files/389248529/zn82-200.rar*.  During May 2012,

the FBI was able to access this URL.  Review of the file at this URL revealed 200 pictures

mostly of female children in various stages of undress.  The following are examples of the

pictures contained within the above Rapidshare file:

> The picture file identified as "donna103.jpg" contained an image of a naked prepubescent
> female lying on her left side on what appears to be a bed with a blue-colored bedspread
> with yellow colored bears.  The female child is seen raising her right leg exposing her
> genitalia.  The picture is titled "Lolitas Art".

> The picture file identified as "erin001.jpg" contained an image of a naked prepubescent
> female sitting on what appears to be a bed with a multicolored bedspread.  The female
> child is resting both of her hands between her spread legs exposing her genitalia.

> The picture file identified as "nelya018.jpg" contained an image of a naked prepubescent
> female sitting on a dark-colored sheet on the floor.  The child is seen raising her arms
> above her head with her legs crossed in front of her exposing her genitalia. The picture is
> titled "Lolitas Art".

> Based on Affiant's experience and training, he believes the images described above

depict child pornography.

On 03/08/2013, your Affiant spoke with a representative from Anonymizer, Inc. which is

a company that hosts the above email account of 1cerulean34@nyms.net.  Your Affiant learned

that this email account is an alias address that operates like a pointer in that emails sent to this

account are forwarded to another designated email account(s) which ultimately stores the email

content.  Your Affiant learned that, on March 26, 2012, the FBI had served Anonymizer, Inc.

with an administrative subpoena for subscriber records relative to 1cerulean34@nyms.net.

Anonymizer, Inc. provided their response to the above subpoena informing law enforcement that

the "email address on account" is sigurdhh@yahoo.com.  On 03/10/2013, your Affiant spoke to

the same Anonymizer, Inc. representative at which time she advised that this Yahoo account is the email account designated to receive emails that have been forwarded from the 1cerulean34@nyms.net account.

## 2. Member 8

Member 8, also identified as GrouchoMarxist, became a member of KOFD on 11/09/2009. The email address in Member 8's profile page is marlowesdames@yahoo.com. Member 8 was also a moderator of KOFD. Member 8 last logged into KOFD on 03/16/2012. During the above time frame, Member 8 was involved in communicating with other KOFD members. These communications involved over 1,000 threads and 2,000 posts. The following is the content relative to some of the threads Member 8 was involved in:

On 12/24/2010, Member 8 started thread 3426 with post 23146 which stated, "Always love the lasses who like to show us their treats..." There was one other member who made a post in connection with this thread. Attached to post 23146 were 75 URLs one of which was the URL of *http://radikal.ru/F/s42.radikal.ru/i097/1012/6a/2686224f4a20.jpg.html*. As of 01/24/2013, the FBI was still able to access this URL. Review of the picture file at this URL revealed:

An image of a naked prepubescent female sitting on what appears to be a bed. The child is leaning back on her arms with her right leg underneath her left leg exposing her genitalia.

Based on Affiant's experience and training, he believes the images described above depict child pornography.

On 02/28/2010, Member 8 started thread 1436 with several posts. Post 8183 stated, "...She also had a set with the Pirates series....." There were two other members who made

18

posts in connection with this thread.  Attached to post 8183 were 40 URLs one of which was the

URL of *http://radikal.ru/F/s52.radikal.ru/i135/1002/af/e25d3416e9b6.jpg.html*.  As of

01/24/2013, the FBI was still able to access this URL.  Review of the picture file at this URL

revealed:

> An image of a female child sitting on green-colored carpeting wearing a cloth hat,
> necklace and boots with her legs spread exposing her naked genitalia.  Based on the
> viewing agents' experience, training, and overall knowledge of children, the female
> appears to be under the age of 18 years.

> Based on Affiant's experience and training, he believes the images described above

depict child pornography.

On 11/17/2009, Member 8 started thread 210 with post 832 which stated, "These are the

few that I made at various points that are not exactly appropriate for most audiences. I hope they

are not deemed overly inappropriate."  There were four other members who made posts in

connection with this thread.  Attached to post 832 were 14 URLs one of which was the URL of

*http://radikal.ru/F/s42.radikal.ru/i098/0911/61/f458a8350833.jpg.html*.  As of 01/24/2013, the

FBI was still able to access this URL.  Review of the picture file at this URL revealed:

> An image of a female child kneeling on light green colored silk with her head on the silk.
> The child's body is facing away with her head turned towards the camera.  She is wearing
> white thigh-high nylon stockings with a white halter top and string bikini underwear
> exposing her genitalia to include the opening of her anus.  The picture is titled
> "OPENINGS……..When She Offers Once, Don't Hesitate".  Based on the viewing
> agents' experience, training, and overall knowledge of children, the female appears to be
> under the age of 18 years.

> Based on Affiant's experience and training, he believes the images described above

depict child pornography.

On 04/23/2011, Member 1 (Administrator for KOFD), also identified as Dreamer and known to be Paul Wencewicz, started thread 3828 with post 26325 which stated, "Thanks to LordVorbis for sending this my way. I had a feeling that Alina did some "Special" shoots back in the day. Easily in my top 3 Vlad models, Alina always pushed the envelope, so to speak, but no envelope to be found in this set at all! COMPLETELY nude from the first picture to the last. 100 pics, #10 of the set is corrupt, but hey, a small price to pay to see it all! Thanks LV!" There were eight other members who made posts in connection with this thread. Attached to post 26325 were seven URLs one of which was URL:

*https://rapidshare.com/files/458878201/y118nudecustom.rar.* During May 2012, the FBI was able to access this URL. Review of the file at this URL revealed 100 naked pictures of what appeared to be the same female child, approximately 13 to 15 years old. This age estimation is based on the viewing agents' experience, training, and overall knowledge of children. The child is in various poses. The following are examples of some of the above referenced pictures:

The picture identified as "DSCF0024.jpg" shows an image of the above female sitting on her legs on brown/orange colored cloth. The child is wearing a silver colored necklace and bracelet and leaning back on her hands exposing her naked genitalia.

The picture identified as "DSCF0038.jpg" shows an image of the above female lying with her back against the wall on what appears to be the same brown/orange colored cloth. She is wearing a silver colored earring, necklace and ring on her right hand. The female child has her feet on the floor with her legs spread exposing her naked genitalia.

Based on Affiant's experience and training, he believes the images described above depict child pornography.

It appears that Member 8 viewed the contents of the above Rapidshare file. On 04/25/2011, Member 8 made post 26395 which was part of thread 3828 started by Member 1 on 04/23/2011 as noted above. Post 26395 stated, "……..WOWSERS!!!...............I think her breasts

are just about the perfect size. I have nothing against larger bosoms like those of the sexy sisters Mari and Sherri, but at the end of the day it is a teen built like Alina here that can really turn my head. This set is new to me and many thanks for such a superb share. She is in my top tier of Vlad models too. This is how a person should start off their Monday......"

### 3. Member 25

Member 25, also identified as "superboy," became a member of KOFD on 11/17/2009. The email address in Member 25's profile page is bn42j@yahoo.com.   Member 25 last logged into KOFD on 01/18/2012.  During the above time frame, Member 25 was involved in communicating with other KOFD members.   These communications involved over 400 threads and 500 posts.  The following is the content relative to some of the threads member 25 was involved in:

On 09/01/2010, Member 25 started thread 2858 with post 18503 which stated, "I had made a super Lilianna post to blow your minds and I see all these post with Lilianna! Oh well, here it is!" There were five other members who made posts in connection with this thread. Attached to post 18503 were 120 URLs.  As of 02/10/2013, the FBI was still able to access several of the above URLs.  The following are some of the picture files contained within those URLs:

*http://radikal.ru/F/s41.radikal.ru/i094/1009/4d/6c6f00ea1067.jpg.html* depicted an image of a female child.  The child is seen lying on her back on orange colored material with her legs spread above her body.   She is wearing a shirt and yellow colored underwear. The underwear is snug against her body partially exposing her vaginal and anal areas. Based on the viewing agents' experience, training, and overall knowledge of children, the female appears to be under the age of 18 years.

*http://radikal.ru/F/s41.radikal.ru/i093/1009/74/2be0de29fa0a.jpg.html* depicted an image possibly the same female child described as above.  The child is lying on her back on

21

green colored material with her legs spread above her body. She is wearing a light green colored shirt and multicolored underwear. The underwear is snug against her body partially exposing her vaginal and anal areas. Based on the viewing agents' experience, training, and overall knowledge of children, the female appears to be under the age of 18 years.

*http://radikal.ru/F/s58.radikal.ru/i159/1009/3b/5b9513ed587e.jpg.html* depicted an image possibly the same female child described above. The child is seen lying on her back on green colored material with her legs spread and using her right hand to hold up four fingers. One leg is above her body and the other is on the ground. She is wearing a yellow colored shirt and underwear. The underwear is snug against her body partially exposing her vaginal area. Based on the viewing agents' experience, training, and overall knowledge of children, the female appears to be under the age of 18 years.

Based on Affiant's experience and training, he believes the images described above depict child pornography.

As described above, on 04/23/2011, Member 1, also identified as Dreamer and known to be Paul Wencewicz, started thread 3828 with post 26325 which stated, "Thanks to LordVorbis for sending this my way. I had a feeling that Alina did some "Special" shoots back in the day. Easily in my top 3 Vlad models, Alina always pushed the envelope, so to speak, but no envelope to be found in this set at all! COMPLETELY nude from the first picture to the last. 100 pics, #10 of the set is corrupt, but hey, a small price to pay to see it all! Thanks LV!" There were eight other members who made posts in connection with this thread. Attached to post 26325 were seven URLs one of which was URL

*https://rapidshare.com/files/458878201/y118nudecustom.rar*. During May 2012, the FBI was able to access this URL. Review of the file at this URL revealed 100 naked pictures of what appeared to be the same female child, approximately 13 to 15 years old. This age estimation is based on the viewing agents' experience, training, and overall knowledge of children. The child is in various poses. The following are examples of some of the above referenced pictures:

The picture file identified as "DSCF0024.jpg" depicted an image of the above female sitting on her legs on brown/orange colored cloth. The child is wearing a silver colored necklace and bracelet and leaning back on her hands exposing her naked genitalia.

The picture file identified as "DSCF0038.jpg" depicted an image of the above female naked lying with her back against the wall on what appears to be the same brown/orange colored cloth noted above. She is wearing a silver colored earring, necklace and ring on her right hand. The female child has her feet on the floor with her legs spread exposing her naked genitalia.

Based on Affiant's experience and training, he believes the images described above depict child pornography.

It appears that Member 25 viewed the contents of the above Rapidshare file. On 04/24/2011, Member 25 made post 26379 which was part of thread 3828 started by Member 1 on 04/23/2011 as noted above. Post 26379 stated, "Very nice! Thanks Dreamer and LordVorbis!"

On 01/25/2010, Member 10 started thread 1203 with post 6506 which stated, "As with my other posts this is a mix and I hope some of you won't mind incomplete sets. To make this more interesting I am avoiding, at first, posting pictures from the large studios and concentrating on the lesser known studios." There were four other members who made posts in connection with this thread. Attached to post 6506 were five URLs one of which was URL *http://rapidshare.com/files/389254316/zn80-200.rar*. As of May 2012, the FBI was able to access this URL. Review of this URL revealed 200 pictures mostly of female children in various stages of undress. The following are some of the pictures contained within this URL:

The picture file identified as "alena077.jpg" depicts an image of a naked prepubescent female sitting on a purple colored blanket on green grass. The child is seen leaning back on her arms. Her left leg is straight in front of her and her right leg is bent with her foot on the ground exposing her naked genitalia. The picture is titled "Lolitas Love".

The picture file identified as "anya_102-0229.jpg" depicts an image of a naked prepubescent female standing in front of what appears to be a body of water. The child is seen raising a green colored sheet behind her exposing her genitalia.

The picture file identified as "lena070.jpg" depicts an image of a naked prepubescent female lying on what appears to be a bed with a multicolored bedspread. She is seen resting her head on her left hand. Her legs are spread exposing her genitalia.

Based on Affiant's experience and training, he believes the images described above depict child pornography.

It appears that Member 25 viewed the contents of the above Rapidshare file. On 01/26/2010, Member 25 made post 6595 which was part of thread 1203 started by Member 10 on 01/25/2010 as noted above. Post 6595 stated, "A very nice mix...that girl Lena from Lolitas Desires is a girl I never seem before! Thanks!"

### 4. Member 19

Member 19, also identified as Bellafan, became a member of KOFD on 11/11/2009. The email address in Member 19's profile page is eiknarfy@yahoo.com.   Member 19 last logged into KOFD on 06/20/2011. During the above time frame, Member 19 was involved in communicating with other KOFD members.   These communications involved over 400 threads and 450 posts. The following is the content relative to some of the threads Member 19 was involved in:

On 11/12/2009, Member 19 started thread 80 with post 241 which stated, "Can never get enough of Beautiful Bella. Her personality jumps right through the camera. Hope you enjoy her." There were three other members who made posts in connection with this thread. Attached to post 241 were 127 URLs. As of 02/10/2013, the FBI was still able to access several of those URLs. The following are some of the pictures files contained within those URLs:

*http://img128.imagevenue.com/loc821/th_90109_Bella-064-049_123_821lo.JPG*
depicted an image of a female child. The child is wearing a yellow colored shirt and
socks. She is leaning back on her hands with her legs spread exposing her naked
genitalia. Based on the viewing agents' experience, training, and overall knowledge of
children, the female appears to be under the age of 18 years.

*http://img268.imagevenue.com/loc437/th_90043_Bella-064-044_123_437lo.JPG*
depicted an image of what appears to be the same female child described above. The
child is standing and holding a pair of yellow colored shorts in front of her. She is
wearing a yellow colored shirt. Her naked genitalia is exposed. Based on the viewing
agents' experience, training, and overall knowledge of children, the female appears to be
under the age of 18 years.

Based on Affiant's experience and training, he believes the images described above

depict child pornography.


On 06/06/2010, Member 10, also identified as diopter22, started thread 2171 with post

13906 which stated, "This is my final installment of the LS series. It's been fun." There were

two other members who made posts in connection with this thread. Attached to post 13906 were

five URLs one of which was URL: *http://rapidshare.com/files/395901992/zn76-10-*

*209.rar.html*. During May 2012, the FBI was able to access this URL. Review of the file at this

URL revealed 209 picture files mostly of female children in stages of undress. The following are

examples of some of the above referenced picture files:

> The picture file identified as "ps-001a-056.jpg" depicts an image of a
> prepubescent female sitting on the ground. The child, with braided hair, is wearing a
> multicolored blouse that is open in the front exposing her chest. She is leaning back on
> both hands with her legs spread exposing her naked genitalia. The picture is titled "LS
> Models.com".

> The picture file identified as "ps-007b-067.jpg" depicts an image of a prepubescent
> female lying on the ground. The child is wearing a blue colored belt and has a brown
> colored tattoo star on her forehead. She is leaning back on arms with her legs spread
> exposing her naked genitalia. The picture is titled "LS Models.com".

The picture file identified as "ps-020b-031.jpg" depicts an image of a prepubescent female sitting on rocks next to a body of water. The child has a pink bow-tie in her hair and is wearing a belt and ankle bracelet both made of what appears to be sea shells. The child has her legs spread exposing her naked genitalia.

Based on Affiant's experience and training, he believes the images described above depict child pornography.

It appears Member 19 viewed the contents of the above URL. On 06/07/2010, Member 19 created post 13969 which was part of thread 2171 started by Member 10 on 06/06/2010 as noted above . Post 13969 stated, "Thanks for all the mixes".

On 05/31/2010, Member 10, also identified as diopter22, started thread 2131 with post 13540 which stated, "Forgot to give the pw. Not my day." There were four other members who made posts in connection with this thread. Attached to post 13540 were five URLs one of which was URL *http://rapidshare.com/files/393702504/zsand-mix.rar.html*. During May 2012, the FBI was able to access this URL. Review of the file at this URL revealed 321 picture files mostly of female children in stages of undress. The following are examples of some of the above referenced pictures:

The picture file identified as "1612003-10078.jpg" depicts an image of a prepubescent female lying on her back on what appears to be bed sheets with her legs spread above her head. The child is wearing a pink colored top and white string bikini underwear that is snug against her body exposing genital area to include the opening of her anus.

The picture file identified as "25072003-1067.jpg" depicts an image of what appears to be a naked prepubescent female , possibly the same child a described above, standing in water next to a large rock. The picture shows the naked girl from her mouth to the water. The girl is seen with her right leg in front of her left leg exposing her naked genitalia.

Based on Affiant's experience and training, he believes the images described above depict child pornography.

It appears Member 19 viewed the contents of the above URL. On 06/01/2010, Member 19 created post 13604 which was part of thread 2131 started by Member 10 on 05/31/2010 as noted above. Post 13604 stated, "Gorgeous at any age. Always appreciate a Sandra post."

On 03/11/2010, Member 10, also identified as diopter22, started thread 1505 with post 8870 which stated, "The preview on some of my posts has been coming up a bit slow at times. Worth the wait though." There were two other members who made posts in connection with this thread. Attached to post 8870 were five URLs one of which was URL *http://rapidshare.com/files/389262328/zn72-170.rar*. During May 2012, the FBI was able to access this URL. Review of the file at this URL revealed 170 picture files mostly of female children in stages of undress. The following are examples of some of the above referenced pictures:

> The picture file identified as "72phl_000-0045.jpg" depicts an image of a naked prepubescent female sitting on a wooden stair. The child is seen with her knees bent in front of her with her feet on the ground exposing her genitalia. The picture is titled "Photololita.com".

> The picture file identified as "In-127-34.jpg" depicts an image of a naked prepubescent female standing on a sandy beach next to water. The child is seen tossing what appears to be her pink colored shirt in the air. Her naked genitalia is exposed. The picture is titled "Lovely Nymphets…www.lovely-nymphets.info".

> Based on Affiant's experience and training, he believes the images described above depict child pornography.

It appears Member 19 viewed the contents of the above URL. On 03/12/2010, Member 19 created post 8895 which was part of thread 1505 started by Member 10 on 03/11/2010 as noted above. Post 8895 stated, "The quality and quantity are unmatched. Thanks again D22".

/ / / /

27

### 5.  Member 28

Member 28, also identified as father48, became a member of KOFD on 11/30/2009.  The email address in Member 28's profile page is kirkt02@yahoo.com.    Member 28 was also a moderator for KOFD.  Member 28 last logged into KOFD on 03/08/2012.  During the above time frame, Member 28 was involved in communicating with other KOFD members.  These communications involved over 300 threads and 550 posts.  The following is the content relative to some of the threads Member 28 was involved in:

On 06/16/2010, Member 28 started thread 2246 with post 14431 which stated, "i dint realy do much to this but it's kind of hot and artistic in a way. <p> i just changed it to black and white.. sharpened it up alil then used some bure to smooth it out a lil. <p> anyway i just wanted to try something with it.. that's such a hot shot.. <br /> them be some buns for sure.. <p> i guess it's ok to put the image here? if not just remove the image and leave the link if yous can. <br /> but it's not a big deal if you kill the post either.. <p> oh i added a slight canvas to it too."  There were five other members who made posts in connection with this thread.  Attached to post 14431 were three URLs.  As of 01/25/2013, the FBI was still able to access one of the URLs identified as *http://img226.imagevenue.com/loc534/th_46471_3_123_534lo.jpg*:

> This URL contained a picture file that depicts an image of a female child lying on her stomach exposing her naked genital area.  Based on the viewing agents' experience, training, and overall knowledge of children, the female appears to be under the age of 18 years.

> Based on Affiant's experience and training, he believes the images described above

depict child pornography.

On 05/22/2011, Member 28 started thread 3953 with post 27137.  Attached to this post were six URLs.  As of 01/25/2013, the FBI was still able to access two of the URLs identified as

*http://img19.imagevenue.com/loc195/th_870963609_spaceworld2_123_195lo.jpg* and

*http://img247.imagevenue.com/loc247/th_587096464_spaceworld3_123_247lo.jpg* described

below:

> *http://img19.imagevenue.com/loc195/th_870963609_spaceworld2_123_195lo.jpg* is a
> picture file which depicts an image of a prepubescent female. The child is kneeling with
> her hands on the ground in front of her. She is facing away with her head turned towards
> the camera. Her legs are spread exposing her naked genital area.

> *http://img247.imagevenue.com/loc247/th_587096464_spaceworld3_123_247lo.jpg* is a
> picture file which depicts an image of what appears to be the same prepubescent female.
> The child is lying on her back and using her left hand to support her head. She is wearing
> a white colored top and green colored knee-high stockings. Her legs are spread exposing
> her naked genital area.

Based on Affiant's experience and training, he believes the images described above

depict child pornography.

### 6. Member 22

Member 22, also identified as fufuberryforrest, became a member of KOFD on

11/11/2009. The email address in Member 22's profile page is fufuberry000@lycos.com.

Member 22 last logged into KOFD on 02/02/2012. During the above time frame, Member 22

was involved in communicating with other KOFD members. These communications involved

over 300 threads and 400 posts. The following is the content relative to some of the threads

Member 22 was involved in:

On 04/23/2011 Member 1(Administrator for KOFD), also identified as Dreamer and

known to be Paul Wencewicz, started thread 3828 with post 26325 which stated, "Thanks to

LordVorbis for sending this my way. I had a feeling that Alina did some "Special" shoots back in

the day. Easily in my top 3 Vlad models, Alina always pushed the envelope, so to speak, but no

29

envelope to be found in this set at all! COMPLETELY nude from the first picture to the last. 100

pics, #10 of the set is corrupt, but hey, a small price to pay to see it all! Thanks LV!" There were

eight other members who made posts in connection with this thread. Attached to post 26325

were seven URLs one of which was URL:

*https://rapidshare.com/files/458878201/y118nudecustom.rar*. During May 2012, the FBI was

able to access this URL. Review of the file at this URL revealed 100 naked picture files of what

appeared to be the same female child, approximately 13 to 15 years old. This age estimation is

based on the viewing agents' experience, training, and overall knowledge of children. The child

is in various poses. The following are examples of some of the above referenced picture files:

> The picture file identified as "DSCF0024.jpg" depicts an image of the above female
> sitting on her legs on brown/orange colored cloth. The child is wearing a silver colored
> necklace and bracelet and leaning back on her hands exposing her naked genitalia.

> The picture file identified as "DSCF0038.jpg" depicts an image of the above female lying
> with her back against the wall on what appears to be the same brown/orange colored
> cloth. She is wearing a silver colored earring, necklace and ring on her right hand. The
> female child has her feet on the floor with her legs spread exposing her naked genitalia.

> Based on Affiant's experience and training, he believes the images described above

depict child pornography.

It appears Member 22 viewed the contents of the above Rapidshare file. On 04/29/2011,

Member 22 made post 26498 which was part of thread 3828 started by Member 1 on 04/23/2011

as noted above. Post 26498 stated, "Really nice boss! Thank you".

On 05/04/2010, Member 10, also identified as diopter22, started thread 1951 with post

12236. There were two other members who made posts in connection with this thread. Attached

to post 12236 were five URLs one of which was URL

*http://rapidshare.com/files/389295374/znmisc-2-197.rar*. During May 2012, the FBI was able to

access this URL. Review of the file at this URL revealed 197 picture files mostly of female

children in stages of undress. The following are examples of some of the above referenced

picture files:

> The picture file identified as "0d8ade33b397.jpg" depicts an image of a naked
> prepubescent female sitting on a black chair. The girl is seen with her legs spread
> exposing her genitalia.

> The picture file identified as "02b30df488d8.jpg" depicts an image of a prepubescent
> female lying on her back on what appears to be a bed. The child is wearing white colored
> socks with her legs spread exposing her naked genitalia.

> The picture file identified as "3eade20c5499.jpg depicts an image of two naked
> prepubescent females sitting on what appears to be a green couch. The children have
> their legs spread and raised in front of them exposing their genitalia. Both children are
> using their hands to spread their vaginal areas.

> Based on Affiant's experience and training, he believes the images described above

depict child pornography.

It appears Member 22 viewed the contents of the above URLs posted by Member 10. On

05/08/2010, Member 22 created post 12377 which was part of thread 1951 started by Member 10

on 05/04/2010 as noted above. Post 12377 stated, "awesssssssssssssssum. THANK YOU!".

On 04/12/2010, Member 10, also identified as diopter22, started thread 1784 with post

10911 which stated, "wanted a stronger password for this series". There were three other

members who made posts in connection with this thread. Attached to post 10911 were five

URLs one of which one of which was URL *http://rapidshare.com/files/389311072/znmisc5-*

*197.rar*. During May 2012, the FBI was able to access this URL. Review of the file at this URL

revealed 197 picture files mostly of female children in stages of undress. The following are examples of some of the above referenced picture files:

The picture file identified as "85180_1203218999_1_122_1069lo.jpg" depicts an image of a prepubescent female sitting on what appears to be a leather couch with her legs spread in front of her. The child is wearing a pink colored top and using the finger of her left hand to touch her naked pubic area.

The picture file identified as "91255_1241809286708_122_511lo.jpg" depicts an image of a naked prepubescent female sitting on what appears to be a bed. She is holding a clear drinking glass in her right hand. Her legs are spread with her right leg bent in front of her exposing her genitalia.

The picture file identified as "91328_1241809321621_122_250lo.jpg" depicts an image of a prepubescent female. The child is kneeling wearing a pink colored hat. Her body is facing away from the camera exposing her naked genital area.

Based on Affiant's experience and training, he believes the images described above depict child pornography.

It appears Member 22 viewed the contents of the above URLs posted by Member 10. On 04/13/2010, Member 22 created post 10931 which was part of thread 1784 started by Member 10 on 04/12/2010 as noted above. Post 10931 stated, "The art of youth as much as our disillusioned society can only be recreated by having child like humility and original innocence from hypocrisy; ego. Yet, the 1 thing that is lost forever is the beauty of youth. The multi-billion dollar international industry of anti-aging techniques will never come close to reversing the curse of wear & tear and age. lol Still a lot of people thinks it works. They spend too much on it to be free to doubt it. <p> The art of youth my friend, good work!"

### 7. Member 2

Member 2, also identified as JennLuv, became a member of KOFD on 11/06/2009. The email address in Member 2's profile page is jennluv2@googlemail.com. Member 2 was also an

administrator for KOFD.  Member 2 last logged into KOFD on 09/16/2011.  During the above

time frame, Member 2 was involved in communicating with other KOFD members.  These

communications involved over 600 threads and 1200 posts.  The following is the content relative

to some of the threads Member 2 was involved in:

On 11/12/2009, Member 19 started thread 80 with post 241 which stated, "Can never get

enough of Beautiful Bella. Her personality jumps right through the camera. Hope you enjoy her."

There were three other members who made posts in connection with this thread.  Attached to

post 241 were 127 URLs.  As of 02/28/2013, the FBI was still able to access several of those

URLs.  The following are some of the picture files contained within those URLs:

> http://img128.imagevenue.com/loc821/th_90109_Bella-064-049_123_821lo.JPG depicts
> an image of a female child.  The child is wearing a yellow colored shirt and socks.  She is
> leaning back on her hands with her legs spread exposing her naked genitalia.  Based on
> the viewing agents' experience, training, and overall knowledge of children, the female
> appears to be under the age of 18 years.

> http://img268.imagevenue.com/loc437/th_90043_Bella-064-044_123_437lo.JPG depicts
> an image of what appears to be the same female child described above.  The child is
> standing and holding a pair of yellow colored shorts in front of her.  She is wearing a
> yellow colored shirt.  Her naked genitalia is exposed.

Based on Affiant's experience and training, he believes the images described above

depict child pornography.

It appears Member 2 viewed the contents of the above URLs posted by Member 19.  On

11/12/2009, Member 2 created post 251 which was part of thread 80 started by Member 19 on

11/12/2009 as noted above.  Post 251 stated, "I was wondering when you would get around to

posting her...thank you for these!"

On 03/22/2010, Member 9 started thread 1601 with post 9582. There were three other members who made posts in connection with this thread. Attached to post 9582 were 24 URLs. The following are some of the pictures contained within those URLs:

*http://radikal.ru/F/s44.radikal.ru/i104/1003/46/cfe5fa39a7f5.jpg.html* is a picture file which depicts an image of the genitalia of what appears to be a prepubescent female. The picture is taken of the child's body from the waist to the middle of her thighs. The focal point of the picture is of the child's pubic area. She is wearing pink colored underwear that appears to be wet and fits snug against her body. Her genitalia can be seen through her underwear. The above URL was still active as of 02/28/2013.

*http://radikal.ru/F/s60.radikal.ru/i169/1003/d0/b139780875da.jpg.html* is a picture file which depicts an image of the genital area of what appears to be a prepubescent female. The child appears to be sitting on the corner of green colored furniture with her legs spread. The picture is taken of the child's inner thigh area. The focal point of the picture is of the child's pubic area. She is wearing striped white and pink underwear that fits snug against her body partially exposing her genitalia. The above URL was still active as of 02/28/2013

*http://radikal.ru/F/s43.radikal.ru/i102/1003/bd/9fcd5ba61e5a.jpg.html* is a picture file which depicts an image of the genital area of what appears to be a prepubescent female. The picture is taken of the child's body from her waist to the upper thigh area. The child appears to be standing and has her right leg elevated. The focal point of the picture is of the child's pubic area. She is wearing pink colored underwear that fits snug against her body partially exposing her genitalia. The above URL was still active as of 02/28/2013.

Based on Affiant's experience and training, he believes the images described above depict child pornography.

It appears Member 2 viewed the contents of the above URLs posted by Member 9. On 03/22/2010, Member 2 created post 9584 which was part of thread 1601 started by Member 9 on 03/22/2010 as noted above. Post 9584 stated, "No title necessary…they speak for themselves..Thank You!"

On 07/25/2010, Member 10, also identified as diopter22, started thread 2598 with post 16718 which stated, "This honey is so cute." There was one other member (Member 2) who made a post in connection with this thread. Attached to post 16718 were seven URLs one of which one of which was URL: *http://rapidshare.com/files/408985207/so-ia.rar.html*. During May 2012, the FBI was able to access this URL. Review of the file at this URL revealed 61 pictures of what appears to be the same prepubescent child in stages of undress. The following are examples of some of the above referenced pictures:

> The picture file identified as "sof057.jpg" depicts an image of a naked prepubescent female standing in what appears to be a wooded area. Her left foot is on a rock and her right foot is raised and resting on the ground exposing her genital area.

> The picture file identified as "sofo40.jpg" depicts an image of a naked prepubescent female standing in an outside setting. She is leaning back against a dirt hillside. Her legs are spread exposing her genitalia.

> Based on Affiant's experience and training, he believes the images described above

depict child pornography.

It appears Member 2 viewed the contents of the above URL posted by Member 10. On 07/26/2010, Member 2 created post 16752 which was part of thread 2598 started by Member 10 on 07/25/2010 as noted above. Post 16752 stated "Wow...she's beautiful! Thank You!!!"

### 8. Member 9

Member 9, also identified as peachkisser, became a member of KOFD on 11/09/2009. The email address in Member 9's profile page is monkmalchus@gmail.com. Member 9 last logged into KOFD on 02/17/2012. During the above time frame, Member 9 was involved in communicating with other KOFD members. These communications involved over 150 threads

and 300 posts.  The following is the content relative to some of the threads Member 9 was involved in:

On 03/22/2010, Member 9 started thread 1601 with post 9582.   There were three other members who made posts in connection with this thread.  Attached to post 9582 were 24 URLs. The following were some of the picture files contained within those URLs:

*http://radikal.ru/F/s44.radikal.ru/i104/1003/46/cfe5fa39a7f5.jpg.html* is a picture file which depicts an image of the genitalia of what appears to be a prepubescent female.  The picture is taken of the child's body from the waist to the middle of her thighs.  The focal point of the picture is of the child's pubic area.  She is wearing pink colored underwear that appears to be wet and fits snug against her body.  Her genitalia can be seen through her underwear.  The above URL was still active as of 02/05/2013.

*http://radikal.ru/F/s60.radikal.ru/i169/1003/d0/b139780875da.jpg.html* is a picture file which depicts an image of the genital area of what appears to be a prepubescent female. The child appears to be sitting on the corner of green colored furniture with her legs spread.  The picture is taken of the child's inner thigh area.  The focal point of the picture is of the child's pubic area.  She is wearing striped white and pink underwear that fits snug against her body partially exposing her genitalia.  The above URL was still active as of 02/08/2013.

*http://radikal.ru/F/s43.radikal.ru/i102/1003/bd/9fcd5ba61e5a.jpg.html* is a picture file which depicts an image of the genital area of what appears to be a prepubescent female. The picture is taken of the child's body from her waist to the upper thigh area.  The child appears to be standing and has her right leg elevated.  The focal point of the picture is of the child's pubic area.  She is wearing pink colored underwear that fits snug against her body partially exposing her genitalia.  The above URL was still active as of 02/08/2013.

Based on Affiant's experience and training, he believes the images described above depict child pornography.

/ / / /

/ / / /

## VII. INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

Affiant anticipates executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A), by using the respective warrants to require Google, Inc., and/or Yahoo!, and/or Lycos, Inc. to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## VIII. CONCLUSION

Based on the above information, along with your Affiant's training and experience, your Affiant has probable cause to believe the Google email accounts monkmalchus@gmail.com and jennluv2@googlemail.com, Yahoo! email accounts marlowesdames@yahoo.com, eiknarfy@yahoo.com, bn42j@yahoo.com, kirkt02@yahoo.com, and sigurdhh@yahoo.com, and the Lycos email account fufuberry000@lycos.com constitute and or/contain evidence, fruits, and instrumentalities of the above-listed child exploitation offenses, including the advertisement, distribution, and access with intent to view child pornography. Specifically, your Affiant has probable cause to believe that the email accounts were used to: (1) receive notifications from the KOFD bulletin board; (2) communicate with other KOFD members regarding their interest in child pornography; and/or (3) distribute and store images of child pornography. Moreover, your Affiant has probable cause to believe that information contained in the email accounts will provide information as to the identity of each KOFD member described herein.

This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711(3) and 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that - has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(I).

Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

Kevin W. Damuth, Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this **15th** day of **March** 2013.

United States Magistrate Judge